UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS JAMES ASHBY,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:17-cv-01576-DWC<br><br>ORDER DIRECTING SERVICE |

The Court has reviewed the record in the case and notes Plaintiff does not have a lawyer and is proceeding *pro se*. As such, the Court ORDERS:

(1) Because Plaintiff does not have a lawyer, the Clerk shall effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint by email to USAWAW.SSAClerk@usdoj.gov.

(2) The Clerk shall provide a copy of this Order to Plaintiff.

Dated this 25th day of October, 2017.

                                                  David W. Christel
                                                United States Magistrate Judge